*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press .*

# District of Columbia
# Court of Appeals

No. 19-BG-661

IN RE LAWRENCE J. SONG

**2019 DDN 146**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 266353**

BEFORE: Thompson and Easterly, Associate Judges, and Steadman, Senior
Judge.

## O R D E R
(FILED - October 3, 2019)

On consideration of the certified order of the Supreme Court of California suspending respondent from the practice of law in the state of California for one year, with all but 60 days of the suspension stayed followed by a one-year period of probation with conditions; this court's August 12, 2019, order suspending respondent pending further action of the court and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent failed to file either his response to the court's show cause or his D.C. Bar R. XI §14(g) affidavit; it is

ORDERED that Lawrence J. Song is hereby suspended from the practice of law in the District of Columbia for a period of one year, all but 60 days stayed, followed by a one-year period of probation subject to the conditions imposed by the state of California. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files a D.C. Bar R. XI, § 14(g) affidavit.

**PER CURIAM**